# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JARA, | CV F  04-6557 AWI DLB HC |
| Petitioner, | ORDER GRANTING IN FORMA PAUPERIS APPLICATION |
| v. | [Doc. 5] |
| SCOTT KERNAN, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner submitted an application to proceed in forma pauperis on December 20, 2004, along with a certified copy of his prison trust account statement.  Examination of these documents reveals that Petitioner is unable to afford the costs of this action.  Accordingly, the Application to Proceed In Forma Pauperis is GRANTED.  See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   **May 17, 2005**             /s/ Dennis L. Beck
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE