UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JARA,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>    Respondent. | 1:04-CV-6557 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE OPPOSITION<br>(DOCUMENT #16) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 26, 2006, petitioner filed a motion to extend time to file his opposition to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his opposition..

    IT IS SO ORDERED.

    Dated:   September 19, 2005                                       /s/ Dennis L. Beck
ah0l4d                                                                         UNITED STATES MAGISTRATE JUDGE