UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JARA,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>    Respondent. | 1:04-CV-6557 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br>(DOCUMENT #12) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On August 17, 2005, respondent filed a motion for modification of briefing schedule. On the same date, August 17, 2005, respondent submitted its motion to dismiss. Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:** **September 19, 2005**               **/s/ Dennis L. Beck**
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE